UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEO FANNON,<br><br>                Petitioner,<br><br>    v.<br><br>LISA OLIVER-ESTES,<br><br>                Respondent. | CASE NO. C17-5790 BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 24), and Petitioner Leo Fannon's ("Fannon") objections to the R&R (Dkt. 25).

On May 11, 2018, Judge Fricke issued the R&R recommending that the Court deny Fannon's petition on the merits. Dkt. 24. On May 25, 2018, Fannon filed objections. Dkt. 25.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Fannon fails to specifically identify any error in Judge Fricke's R&R. Instead, Fannon summarily repeats his grounds for relief and asserts in conclusory fashion that his constitutional rights were violated. Dkt. 25. Judge Fricke thoroughly addressed each of Fannon's grounds for relief and his requests for additional discovery. Fannon has failed to identify any error in Judge Fricke's finding and conclusions. The Court has likewise failed to identify any error. Therefore, the Court having considered the R&R, Fannon's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Fannon's petition is **DENIED**;

(3) A Certificate of Appealability is **DENIED**; and

(4) The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 5th day of July, 2018.

BENJAMIN H. SETTLE
United States District Judge